UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

Liberty Mutual Insurance Company,

                Plaintiff,

-against-

Day to Day Imports Inc., Oxgord Inc., Stanzino Inc., Liberty Property Limited Partnership, Prologis, Inc.,

                Defendants.

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: _6/28/2023_

22 Civ. 2181 (AT)

**ORDER**

ANALISA TORRES, District Judge:

    The Court has reviewed the parties' stipulation and proposed confidentiality order dated June 28, 2023. *See* ECF No. 57. The Court shall not retain jurisdiction to enforce the order after the termination of litigation. *See, e.g.*, *id.* ¶¶ 21, 26. Accordingly, by **July 5, 2023**, the parties shall file a revised proposed confidentiality order.

    SO ORDERED.

Dated: June 28, 2023
       New York, New York

                                              ANALISA TORRES
                                            United States District Judge