UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| LIBERTY MUTUAL INSURANCE COMPANY,<br><br>Plaintiff,<br><br>-against-<br><br>DAY TO DAY IMPORTS, INC., et al.,<br><br>Defendants. | 22-CV-02181 (AT) (RFT)<br><br>**ORDER** |

**ROBYN F. TARNOFSKY, United States Magistrate Judge:**

This action is scheduled for a Telephone Conference on **March 11, 2024, at 12:30 PM**, to address the discovery issues raised in the parties' filings at ECF 80, ECF 81, and ECF 82. Counsel are directed to join the conference via Microsoft Teams at the scheduled time by dialing **(646) 453-4442, Access Code: 607 732 369 #.**

DATED:    New York, New York
          March 4, 2024

SO ORDERED.

_____
**ROBYN F. TARNOFSKY**
United States Magistrate Judge