UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| LIBERTY MUTUAL INSURANCE COMPANY,<br><br>Plaintiff,<br><br>-against-<br><br>DAY TO DAY IMPORTS, INC., et al.,<br><br>Defendants. | 22-CV-02181 (AT) (RFT)<br><br>**ORDER** |

**ROBYN F. TARNOFSKY,** United States Magistrate Judge.

All discovery in this matter should now be complete; the parties were to have exchanged Rule 56.1 Statements on March 25, 2024; initial pre-motion letters in connection with any anticipated summary judgment motion must be filed in accordance with Judge Torres' Individual Practices by **May 8, 2024**; and opposition letters must be filed by **May 15, 2024**.

This matter is scheduled for a telephonic status conference **at 12:00 PM on May 6, 2024**. Counsel for the parties are directed to call my conference line at the scheduled time by dialing **(646) 453-4442, Access Code: 134 376 962 #.** The parties should be prepared to discuss whether the Court can assist with settlement talks at this time.

Dated: May 2, 2024
      New York, New York

SO ORDERED.

_____
**ROBYN F. TARNOFSKY**
**United States Magistrate Judge**