```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: _7/8/2024_
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

LIBERTY MUTUAL INSURANCE COMPANY,

                Plaintiff,

-against-

DAY TO DAY IMPORTS INC.,
OXGORD INC., and STANZINO INC.,

                Defendants.

22 Civ. 2181 (AT)

**ORDER**

ANALISA TORRES, District Judge:

    By order dated May 20, 2024, the Court set a summary judgment briefing schedule and directed Plaintiff to file its motion by July 1, 2024. ECF No. 103. That submission is now overdue.

    Accordingly, by **July 14, 2024,** Plaintiff shall file its motion for summary judgment and any supporting papers. All other briefing deadlines are correspondingly extended by **two weeks**. *See id*.

    SO ORDERED.

Dated: July 8, 2024
       New York, New York

                                      ANALISA TORRES
                                      United States District Judge