USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: __11/13/2024__

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

LIBERTY MUTUAL INSURANCE COMPANY,

                Plaintiff,

-against-

DAY TO DAY IMPORTS INC., OXGORD INC., and STANZINO INC.,

                Defendants.

22 Civ. 2181 (AT)

**ORDER**

ANALISA TORRES, District Judge:

       On July 15, 2024, Plaintiff, Liberty Mutual Insurance Company, moved for summary judgment. ECF No. 107. On August 12, 2024, Defendants, Day to Day Imports Inc., Oxgord Inc., and Stanzino Inc., cross-moved for partial summary judgment. ECF No. 112.

       On September 26, 2024, after the summary judgment motions were fully briefed, the Court set a briefing schedule for the parties' anticipated *Daubert* motions. ECF No. 130. That same day, the Court referred the anticipated *Daubert* motions to the Honorable Robyn F. Tarnofsky. ECF No. 131. On October 29, 2024, the parties filed their *Daubert* motions. ECF Nos. 132, 135, 138, 141, 144.

       Accordingly, the Court will temporarily hold the summary judgment motions in abeyance pending Judge Tarnofsky's decision on the *Daubert* motions. The Clerk of Court is respectfully directed to terminate the motions at ECF Nos. 107 and 112. The parties are encouraged to continue their settlement discussions in the interim.

       SO ORDERED.

Dated: November 13, 2024
       New York, New York

                                                        ANALISA TORRES
                                                   United States District Judge