UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| LIBERTY MUTUAL INSURANCE COMPANY,<br><br>Plaintiff,<br><br>-against-<br><br>DAY TO DAY IMPORTS, INC., et al.,<br><br>Defendants. | 22-CV-02181 (AT) (RFT)<br><br>**ORDER** |

**ROBYN F. TARNOFSKY, UNITED STATES MAGISTRATE JUDGE:**

In my opinion and order of July 29, 2025, I stated that, "[a]fter striking the impermissible portions from Zalma's report, there appears to be nothing to salvage." (ECF 161, Opinion and Order at 47.) By **August 29, 2025,** Defendants shall file a letter on the docket specifically identifying with citations to the pages and paragraphs in Zalma's expert report those portions of Zalma's expert opinions that Defendants contend should not be excluded. I do not anticipate the need for additional briefing on this issue thereafter.

DATED:  August 19, 2025
             New York, New York

_____
**ROBYN F. TARNOFSKY**
United States Magistrate Judge